IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIE J. HARTFIELD,     PETITIONER
REG. #99193-004

v.     CASE NO. 4:19-CV-00375 BSM

UNITED STATES OF AMERICA     RESPONDENT

## ORDER

After careful review of the record, United States Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 10] is adopted. This case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of August 2019.

_____
UNITED STATES DISTRICT JUDGE